# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br><br>THOMAS SCOTT ANDERSON,<br><br>Defendant. | CR-14-25-GF-BMM<br><br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on April 1, 2026. (Doc. 80.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on March 31, 2026. (Doc. 76.) The United States accused Thomas Anderson (Anderson) of violating the conditions of his supervised release by: (1) possessing a live round of 30.06 rifle ammunition on June 22, 2023; (2) testing positive for THC on October 3, 2023 and

admitting to using THC infused drinks and edibles during week of September 23 - 29, 2023; (3) providing a diluted urine specimen on October 17, 2023; (4) possessing a Tikka .300 Winchester Magnum rifle on October 19, 2023; and (5) interacting with Brian Campbell, a known felon, on October 19, 2023, without the permission of his probation officer. (Doc. 70.)

At the revocation hearings, Anderson admitted that he had violated conditions 2, 3 and 5 of his supervised release as set forth the Petition. The Government moved to dismiss alleged violations 1 and 4, which Judge Johnston granted.  Judge Johnston recommended a sentence of custody of 7 months with no supervised release to follow. (Doc. 80.) The Court advised Anderson of his right to appeal and to allocute before the undersigned.  (Doc. 76.)

The violations Anderson admitted proves serious and warrant revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 80) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Thomas Scott Anderson. be sentenced for a term of custody 7 months, with no supervised release to follow.

DATED this 21st day of April 2026.


Brian Morris, Chief District Judge
United States District Courts